UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN LEWIS,

        Petitioner,

v.                                            Case Number: 2:14-CV-12023

JOE BARRETT,

        Respondent.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner Martin Lewis filed a *pro se* habeas case corpus petition under 28 U.S.C. § 2254.  The court issued an "Order to Correct Deficiency" because Petitioner failed to submit either the $5.00 filing fee or a certified trust account statement for the 6-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915.  The court ordered Petitioner to correct the deficiency within twenty-one days and cautioned that failure to do so could result in dismissal of the petition.  The order was returned to the court as undeliverable.  (Dkt. # 4.)  A few weeks later, Petitioner notified the court that he had been transferred to a different facility.  (Dkt. # 5.)

To ensure that Petitioner received adequate notice of the deficiency, the court issued a second "Order to Correct Deficiency," again requiring the deficiency to be correct within twenty-one days.  Petitioner has not corrected the deficiency and the time for doing so has expired.

IT IS ORDERED that the petition for a writ of habeas corpus (Dkt. # 1) is

DISMISSED WITHOUT PREJUDICE.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 29, 2014, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\14-12023.LEWIS.DismissHabeas Prej.mbc.wpd